☒ FILED  ☐ LODGED

**Jul 02 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   ALICIA RENEE QUEZADA
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Email: alicia.quezada@usdoj.gov
6  Attorneys for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  MJ-25-09168-TUC-MAA |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | Violation:   36 CFR § 2.61.4(b) |
| Everett A. Britton, | (Disorderly Conduct)<br>**Class B Misdemeanor** |
| Defendant. | |

THE ACTING UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about April 18, 2025, within the Coronado National Forest in the District of Arizona, Everett A. Britton, made an utterance or performed an act that was obscene or threatening or that was made or performed in a manner likely to inflict injury or incite an immediate breach of peace, to wit: by stopping Sabino Canyon visitors to engage in offensive conversation, attempting to prevent them from ceasing the interaction, or following or continuing to yell at them, in violation of Title 36, Code of Federal Regulations, Sections 261.4(b) and 261.1b.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Alicia Renee Quezada*

July 1, 2025
Date

ALICIA RENEE QUEZADA
Assistant U.S. Attorney